# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT M. BUTLER,** | |
| Plaintiff, | 4:22CV3011 |
| vs. | |
| **WASTE MANAGEMENT, INC., WASTE MANAGEMENT NATIONAL SERVICES, INC., WASTE MANAGEMENT OF NEBRASKA, INC., and DEFFENBAUGH INDUSTRIES, INC.,** | ORDER |
| **Defendants.** | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **May 31, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

3. All pending case progression deadlines shall be stayed;

4. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 14th day of April, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge